BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANI M. QUINTANA | Case No. CIV-O9-1056 KJN |
| Plaintiff, | [PROPOSED] STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE **Commissioner of Social Security of the United States of America,** | |
| Defendant. | |

　　　IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended until April 22, 2010.  This additional extension is required due to Plaintiff's counsel's extremely impacted briefing schedule.  With the exception of two days, plaintiff's counsel has had at least one summary judgment motion due every day since January 1, 2010. Counsel's calendar is equally crowded through May 4, 2010.

////

////

////

1

Dated: March 29, 2010

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: March 29, 2010

Benjamin B. Wagner

United States Attorney

*/s/ Theophous Reagans*
THEOPHOUS REAGANS
Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: March 30, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE