LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8938
    Facsimile:  (415) 744-0134
    E-Mail: Theophous.Reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LANI M. QUINTANA,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:09-CV-01056-KJN<br><br>STIPULATION FOR EXTENSION<br>and ORDER |

    The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's motion for summary judgment be extended to July 20, 2010.

    This is the defendant's first request for an extension of time to respond to plaintiff's motion for summary judgment. The defendant needs additional time to review the case for defensibility. Counsel apologizes for the delay and any inconvenience caused to the Court.

///

///

///

Respectfully submitted this 21st day of June 2010.

DATED: June 21, 2010          By:     /s/ Bess Brewer
                                      (As agreed via email)
                                      BESS M. BREWER
                                      Attorney at Law

                                      Attorney for Plaintiff

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATED: June 21, 2010          By:     /s/ Theophous H. Reagans
                                      THEOPHOUS H. REAGANS
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, which the undersigned hereby approves, defendant shall respond to plaintiff's motion for summary judgment on or before July 20, 2010.

IT IS SO ORDERED.

DATED: June 23, 2010

                                      _____
                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE